UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-60356-SCOLA

VANTAGE HOSPITALITY GROUP, INC.,

    Plaintiff,

vs.

HENDERSON MOTELS, INC. et al.,

    Defendants.

_____/

### ORDER GRANTING MOTION FOR ENTRY OF CONSENT PERMANENT INJUNCTION AND CLOSING CASE ON SETTLEMENT

THIS MATTER is before the Court upon [ECF No. 13] the parties' Joint Motion for Entry of Consent Permanent Injunction and Stipulation to Entry of Judgment. The parties have settled this case and ask the Court to enter their Consent Permanent Injunction and Stipulation to Entry of Judgment as part of the settlement. This Motion is **GRANTED**. The Court will separately enter the Consent Permanent Injunction and Stipulation to Entry of Judgment. The Clerk is directed to administratively **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida on May 9, 2012.

                                      **ROBERT N. SCOLA, JR.**
                                      **UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of record